DOCKET No. **16 CR 371 (RA)** DEFENDANT: **Gary Hirst**

AUSA **Brian Blais** DEF.'S COUNSEL **Michael Tremonte**
☒ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA

10M

☐ _____ INTERPRETER NEEDED ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5  ☒ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.
DATE OF ARREST _____  ☐ VOL. SURR.
TIME OF ARREST _____  ☐ ON WRIT
☐ Other: _____
TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ **1 Mill** PRB
☒ _____ FRP
☒ SECURED BY $ **200,000** CASH/PROPERTY: **15 Cr 643** _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ **NJ, D. Ariz, NGa, MD, MD Tenn**
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☒ REGULAR PRETRIAL SUPERVISION  ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT  ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY **6/14/16**
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

[STAMP: DATE FILED: 6-7-16  DOC #: _____ ELECTRONICALLY FILED DOCUMENT USDC SDNY]

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY  ☒ CONFERENCE BEFORE D.J. ON **6/8 at 1:30**
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED  ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED  ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____  ☐ ON DEFENDANT'S CONSENT

DATE: **6-7-16**

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.