

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2017

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: **United States v. Jason Galanis, et al.,**
     **S1 16 Cr. 371 (RA)**

Dear Judge Abrams:

  Attached please find a victim impact statement from the Birmingham Water Works Pension Fund.

           Respectfully submitted,

           JOON H. KIM
           Acting United States Attorney

         By: /s/ Rebecca Mermelstein
          Brian R. Blais
          Rebecca Mermelstein
          Andrea M. Griswold
          Assistant United States Attorneys
          (212) 637-2521/2360/1205

cc: Lisa Scolari, Esq. (by ECF)