USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY HIRST,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

19-CV-8512 (RA)

16-CR-0371 (RA)

ORDER

---

**RONNIE ABRAMS, United States District Judge:**

    The Court is in receipt of the letter filed by Petitioner, dated December 15, 2019 (Dkt. 835). According to the letter, Petitioner received the Court's November 18, 2019 Order on November 29, 2019. He now submits a signed, but unnotarized, copy of the Attorney-Client Privilege Waiver. Petitioner explains that while a notary visits the correctional institution where he is currently incarcerated about "every month or so," a notary has not visited that institution since he received the Court's Order. Petitioner also asserts that he has "another photocopy" of the Waiver, and that he intends to return it, both signed and notarized, "as soon as there is a notary visit." In light of these circumstances, the Attorney-Client Privilege Waiver that Petitioner has filed is sufficient to authorize the disclosure of information needed to permit the Government to respond to Petitioner's motion. The Government shall treat this Waiver as the "executed 'Attorney-Client Privilege Waiver (Informed Consent)' form." Additionally, Petitioner is instructed to file a signed and notarized copy of the Waiver as soon as he is able to.

SO ORDERED.

Dated:    January 3, 2020
              New York, New York

                                          Ronnie Abrams
                                          United States District Judge