# SHER TREMONTE LLP

**MEMO ENDORSED**

February 3, 2020

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/20

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Jason Galanis, et al.*, 16-CR-371 (RA)

Dear Judge Abrams:

We represented Gary Hirst in the above-referenced matter. We write to request a brief adjournment to respond to Mr. Hirst's petition, filed pursuant to 28 U.S.C. § 2255. We have spoken with the government and the government has no objection to the requested adjournment. Accordingly, we respectfully request that the Court adjourn the deadline for our response by fourteen days, to February 17, 2020.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ _____
Michael Tremonte
Noam Biale
SHER TREMONTE LLP

cc:   AUSA Negar Tekeei (by ECF)

---

Application granted. Counsel from Sher Tremonte LLP may file a response to Mr. Hirst's Petition no later than February 17, 2020. Pursuant to the Order at Dkt. 826, the Government must file a response to the Petition no later than March 17, 2020. Mr. Hirst may file a reply within 30 days of the date on which he is served with the Government's response.

SO ORDERED.

Hon. Ronnie Abrams
2/4/2020