UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY HIRST,

                      Petitioner,

v.

UNITED STATES OF AMERICA,

                      Respondent.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 4-15-20**

No. 19-CV-8512 (RA)
No. 16-CR-371-2 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Petitioner Gary Hirst's letter, dated April 2, 2020, indicating that he has not received copies of certain documents filed in his habeas case, No. 19-cv-8512. No later than April 20, 2020, the Government shall file on the habeas docket and mail to Mr. Hirst copies of the following documents: the Government's opposition brief; the supporting affirmation of Barry Levin; Sher Tremonte's February 3, 2020 letter and the Court's February 4, 2020 endorsement; the supporting affirmation of Michael Tremonte; Mr. Hirst's April 2, 2020 motion for a default judgment; the Court's April 6, 2020 order denying Mr. Hirst's motion for a default judgment; the Government's April 7, 2020 letter regarding that motion; and Mr. Hirst's recent letter, docketed at No. 19-cv-8512, Dkt. 12. The Government shall also serve a copy of this Order on Mr. Hirst and file proof of service on the docket.

    No later than April 17, 2020, the Government shall file a notice of appearance in Mr. Hirst's habeas case, No. 19-cv-8512. As directed in the Court's April 6th Order, all further filings related to Mr. Hirst's § 2255 motion must include both the civil habeas docket number, No. 19-cv-8512, and the criminal docket number, No. 16-cr-371, and be docketed in both cases. The Government shall also provide copies of any further filings to Mr. Hirst in a timely manner.

Mr. Hirst shall file any response to the Government's opposition no later than June 5, 2020. Absent further order, Mr. Hirst's § 2255 motion will be considered fully submitted as of that date.

SO ORDERED.

Date: April 15, 2020
      New York, New York

_____
RONNIE ABRAMS
United States District Judge