UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY HIRST,

                        Petitioner,

            v.

UNITED STATES OF AMERICA,

                        Respondent.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 4-22-20**

No. 19-CV-8512 (RA)
No. 16-CR-371-2 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Petitioner Gary Hirst's letter, dated April 5, 2020, requesting an extension of his time to file a reply brief in light of the COVID-19 crisis and the conditions of his current incarceration. Mr. Hirst's request is hereby granted, and his deadline to file a reply brief in further support of his § 2255 motion is adjourned *sine die*. No later than June 5, 2020, Mr. Hirst shall file a letter updating the Court as to the status of "the BOP coronavirus lockdown." If the lockdown ends sooner, Mr. Hirst shall so inform the Court.

    The Government shall serve a copy of this Order on Mr. Hirst and file proof of service on the docket.

SO ORDERED.

Date:  April 22, 2020
          New York, New York

RONNIE ABRAMS
United States District Judge