UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY HIRST,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/29/2020

No. 19-CV-8512 (RA)
No. 16-CR-371-2 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the attached letter from Petitioner Gary Hirst, dated June 3, 2020. No later than August 3, 2020, Mr. Hirst shall provide a status update to the Court and propose a date by which he can submit his reply brief in further support of his § 2255 motion.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Hirst.

SO ORDERED.

Dated:    June 29, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge

Gary Hirst
PO Box 915559
Longwood FL   32791

June 3, 2020

Judge Ronnie Abrams
United States District Court
Pro Se Intake Unit
500 Pearl Street, Room 200
New York NY   10007

Re:   19-CV-8512 (RA)
      16-CR-371-2 (RA)

Dear Judge Abrams:

This letter is in response to your order dated April 22, 2019.

I have been placed in home confinement with an ankle monitor, because of my medical conditions and age, at my daughter's house in Orlando, where I am under the supervision of the RRC ("half way house").

I am under lockdown because of the Coronavirus, and restrictions actually increased this week because of the nationwide riots they tell me.  Even non-emergency medical appointments have been cancelled.

I am trying to get organised here.  I am typing this for the first time in over 30 years on a 45-year-old typewriter.  I had around 7,250 sheets of legal documents in my legal boxes in prison, and most were on separate sheets with a few staples and not any binders.  The BOP searched them, and put them back in the boxes in random order, so I have started sorting these out into files and binders.  I have access to my family's PO Box because the USPS does not deliver to this house, but I am not allowed to go to the Post Office myself and my ex-wife generally goes once per week.  I am going to try to get approved to file documents electronically.  I have received an old laptop, and my daughter has ordered a new power supply for it in the next few days, and as soon as I am online I will apply for online filing.

I will update you as soon as I have online access.

Thank you for your consideration.

Respectfully,

Gary Hirst