USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-25-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY HIRST,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent

19-CV-8512 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 29, 2020, the Court issued an order requiring Petitioner to propose a briefing schedule no later than August 3, 2020. To date, Petitioner has not done so. No later than September 4, 2020, Petitioner is directed to provide a status update to the Court and propose a date by which he can submit his reply brief in further support of his § 2255 motion or notify it that he does not intend to do so.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Hirst

SO ORDERED.

Dated:    August 25, 2020
         New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge